UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 3:14-CR-2 |
| | ) | JUDGES JORDAN/SHIRLEY |
| DONNA ROBERTS | ) | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

On January 14, 2014, an Indictment was filed in the above-referenced case charging defendant, DONNA ROBERTS, with conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) (Count One).

In the Forfeiture Allegations of the Indictment, the United States sought forfeiture pursuant to 21 U.S.C. § 853 of the defendant's interest in any and all property used, and intended to be used, to commit, and to facilitate the commission of a violation of 21 U.S.C. §§ 841 and/or 846, and any and all property constituting and derived from any proceeds obtained, directly and indirectly, as a result of a violation of 21 U.S.C. §§ 841 and/or 846, including, but not limited to the following property:

**Real Property:**

Real Property known and numbered as 9109 Hwy 25-E, Thorn Hill, Tennessee 37881, with all appurtenances, improvements, and attachments thereon, is more fully described as:

Situate in Fourth District of Grainger County, Tennessee and being more particularly described as follows:

BEGINNING on an iron pin in the right of way of New Highway 32 replacing old Highway 25-E, corner to Bill Jones; thence west 200 feet to a cedar tree on top of a hill; thence north 210 feel with the top of the hill to a cedar tree; thence 220 feet east to the right of

way of new Highway 32; thence with said right of way line south
180 feel to the point of Beginning.

Being that property conveyed by Billy Jones and wife, Dollie
Jones, unto L. H. Roberts and wife, Donna Sue Roberts. Warranty
Deed, dated October 1, 1976, and recorded in Instrument Book
133, at Page 23, in the Office of Register of Deeds, Grainger
County, Tennessee.

On April 8, 2014, a Plea Agreement was filed in the above-referenced case in which the defendant agreed to plead guilty to Count One of the Indictment and agreed to forfeit her interest in all property in her possession or control that were used and intended to be used in any manner or part to commit and to facilitate the commission of the violations and any and all assets subject to forfeiture as proceeds.

On April 15, 2014, this Court accepted the guilty plea of the defendant, DONNA ROBERTS, and by virtue of the guilty plea and conviction, the Court determined that the property described above is subject to forfeiture pursuant to 21 U.S.C. § 853, and that the United States has established the requisite nexus between the property and the offenses. Further the United States is now entitled to seize the property, pursuant to 21 U.S.C. § 853(g), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That based upon the conviction of the defendant, DONNA ROBERTS, for offenses in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), the United States is hereby authorized to seize the following property, and the same is hereby forfeited to the United States for disposition in accordance with law, pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

2

**Real Property:**

Real Property known and numbered as 9109 Hwy 25-E, Thorn Hill, Tennessee 37881, with all appurtenances, improvements, and attachments thereon, is more fully described as:

Situate in Fourth District of Grainger County, Tennessee and being more particularly described as follows:

BEGINNING on an iron pin in the right of way of New Highway 32 replacing old Highway 25-E, corner to Bill Jones; thence west 200 feet to a cedar tree on top of a hill; thence north 210 feel with the top of the hill to a cedar tree; thence 220 feet east to the right of way of new Highway 32; thence with said right of way line south 180 feel to the point of Beginning.

Being that property conveyed by Billy Jones and wife, Dollie Jones, unto L. H. Roberts and wife, Donna Sue Roberts. Warranty Deed, dated October 1, 1976, and recorded in Instrument Book 133, at Page 23, in the Office of Register of Deeds, Grainger County, Tennessee.

2. That the aforementioned forfeited property is to be held by the United States Marshals Service or its designated agency in its secure custody and control.

3. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States hereby gives notice of its intent to dispose of the forfeited property in such a manner as the Attorney General may direct. Any person other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within sixty (60) days from the first day of publication of this Notice on the official United States Government internet website, which is www.forfeiture.gov.

4. The notice shall also state that the petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the

3

property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person, as a substitute for published notice as to those persons so notified.

5. That upon adjudication of all other or third-party interests in the property, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure 32.2(e).

7. That the Clerk of this Court shall provide a certified copy of this Order to the United States Marshals Service, and to the United States Attorney's Office.

ENTER:

R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Presented by:

WILLIAM C. KILLIAN
United States Attorney

By: _____
CARYN L. HEBETS
Assistant United States Attorney

_____
DONNA ROBERTS
Defendant

_____
JOSEPH A. FANDUZZ
Attorney for defendant

4